# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| 24 Hour Fitness USA, Inc., ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Petitioner, ) | CV-11-2416-PHX-FJM |
| ) | |
| v. ) | |
| ) | |
| Kevin Conlogue, ) | |
| ) | |
| Respondents. ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, per the Court's order entered May 17, 2012, that Petitioner's Petition to Compel Arbitration is denied.  Judgment is entered for respondents and against petitioner. The action is dismissed.

May 17, 2012                                              BRIAN D. KARTH
                                                                        District Court
                                                                        Executive/Clerk

                                                                         s/L. Dixon
                                                                        By: Deputy Clerk

cc: (all counsel)